**Fill in this information to identify the case:**

Debtor name  WC 320 Congress, LLC

United States Bankruptcy Court for the:  Western  District of  Texas
(State)

Case number (If known):  20-10253-tmd

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Austin Deep Tissue Center, Inc. 320 Congress Ave., Suite A2 Austin, TX  78701 | Jess Price jprice@austindeep.com 512-476-5226 | | C, U, D | | | Unknown |
| 2 | Austin Deep Tissue Center, Inc. 320 Congress Ave., Suite A2 Austin, TX  78701 | Jess Price jprice@austindeep.com 512-476-5226 | Security Deposit | | | | $11,993.95 |
| 3 | Chatham Hedging Advisors 235 Whitehorse Lane Kennett Square, PA  19348 | | | C, U, D | | | Unknown |
| 4 | City of Austin P.O. Box 2267 Austin, TX  78783-2267 | | | | | | $359.82 |
| 5 | Jos. A. Bank Clothiers, Inc. 320 Congress Ave., Suite A1 Austin, TX  78701 | LeaseAdministration@josabank.com | | C, U, D | | | Unknown |
| 6 | Wells Fargo Bank, N.A. – Bank Fees 401 South Tryon Street, 8th Floor MAC D1050-084 Charlotte, NC  28202-4200 | | | C, U, D | | | Unknown |

Official Form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims         page 1

Debtor   WC 320 Congress, LLC
         Name

Case number (*if known*) 20-10253-tmd

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 7 | Wells Fargo Bank, N.A. – Loan Servicer<br>401 South Tryon Street, 8th Floor<br>MAC D1050-084<br>Charlotte, NC 28202-4200 | | | C, U, D | | | Unknown |
| 8 | Westlake Industries, LLC<br>11500 Metric Blvd<br>Austin, TX 78758 | | | C, U, D | | | Unknown |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2